

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2017
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RAY WALLIS,<br><br>Defendant. | Case No. ED CR 17-40-JGB<br><br>ORDER OF DETENTION |

I.

On June 9, 2017, Defendant made his initial appearance on the indictment filed in this matter. The detention hearing was continued to June 12, 2017, rescheduled to June 13, 2017 and further continued to June 16, 2017. The Court has reviewed the allegations in the indictment, the affidavit in support of the underlying criminal complaint, the affidavit in support of the search warrant for defendant's residence dated June 8, 2017, the pretrial services report dated June 16, 2017 and heard argument from the parties. The Court issues the following Order of Detention.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the

history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ pending charges

☒ Defendant's failure to surrender to authorities after fleeing from the scene of an explosion at his prior residence.

☒ Evidence of Defendant's attempts to conceal identity and evade law enforcement: prosthetic mask found at defendant's current residence and alleged use of multiple phones in the time between his flight from the explosion at his prior residence and arrest at current residence.

As to danger to the community:

☒ Criminal History includes misdemeanor convictions for battery on spouse and obstructing a public officer

☒ Current Allegations include endangering human life while illegally manufacturing a controlled substance; a co-defendant was seriously injured as a result of an explosion at defendant's prior residence, and defendant's minor child was present at the residence at the time of the explosion. Defendant fled from the scene of the explosion and set up another operation to manufacture a controlled substance at another residence. Defendant's residence was located in a residential neighborhood.

☒ Possession of firearms at prior residence

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 16, 2017            /s/
                                ALKA SAGAR
                                UNITED STATES MAGISTRATE JUDGE