Joseph P. Smith   (CA Bar No. 111003)
LAW OFFICES OF JOSEPH P. SMITH
1605 E. Fourth Street, Suite 250
Santa Ana, California 92701
(714) 542-9455
JosephPSmithLaw@aol.com

Attorney for Defendant
James Ray Wallis III

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, | ED CR No. 17-00040-JGB |
| Plaintiff, | DEFENDANT'S SUPPLEMENTAL POSITION WITH RESPECT TO SENTENCING |
| vs. | Sentencing Date: July 7, 2018 at 2:00 p.m. |
| JAMES RAY WALLIS III, | Courtroom of Honorable Jesus G. Bernal |
| Defendant. | |

Defendant James Ray Wallis III, by and through his counsel of record Joseph P. Smith, hereby files his supplemental sentencing position in the above referenced case. This supplemental contains two Attachments: Attachment 1 contains 29 Letters of Support previously submitted to the US Probation Officer and to The Assistant United States Attorney. Counsel for Defendant failed to supply The Court with its copy, and apologizes for his error.

Attachment 2 contains a Letter of Reference submitted on Defendant's behalf on or after June 25th. Counsel for Defendant respectfully requests The Court to receive these as well.

Dated: June 26, 2018

Respectfully submitted,

JOSEPH P. SMITH
Attorney for Defendant